UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHOICE HOTELS INTERNATIONAL, INC.,**

**Plaintiff,**

**v.** **Case No: 6:16-cv-375-Orl-22TBS**

**ALLAMANDA INVESTMENTS, LLC, HELEN E. JAMES, DJAMWAI KWOK and THE ACCAGREE TRUST,**

**Defendants.**

---

# ORDER

On July 19, 2016 this Court entered its Case Management and Scheduling Order designating Zachary David Messa as Lead Counsel pursuant to Local Rule 9.04(a)(3) and requiring "Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of the date of this Order advising of the date." (Doc. 24). Counsel has failed to file the Notice of Mediation Conference.

Based on the foregoing, it is ordered as follows:

1. No later than April 7, 2017, Mr. Messa shall show cause as to why he should not be sanctioned for failure to comply with this Court's Order, and shall file the required Notice.

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record