# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHOICE HOTELS INTERNATIONAL, INC.,**

       **Plaintiff,**

v.                                                                                      Case No:   6:16-cv-375-Orl-22TBS

**ALLAMANDA INVESTMENTS, LLC,
HELEN E. JAMES, DJAMWAI KWOK
and THE ACCAGREE TRUST,**

       **Defendants.**

_____

### ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled (Doc. No. 29).   Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on April 10, 2017.

ANNE C. CONWAY
United States District Judge

- 2 -

**COPIES FURNISHED TO:**
Counsel of Record